IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SOM KHALECK,

      Plaintiff,                      No. CIV S-09-1726 DAD

      v.

MICHAEL J. ASTRUE,                 <u>ORDER</u>
Commissioner of Social Security,

      Defendant.

_____/

        Plaintiff commenced this action on June 22, 2009. On November 18, 2009, defendant filed a timely answer to plaintiff's complaint and lodged a copy of the administrative record. Plaintiff's time to file a motion for summary judgment was extended by stipulation and order initially to March 16, 2010, and subsequently to April 27, 2010. Plaintiff's motion for summary judgment is now almost three weeks overdue under that latest extension of time granted by this court.

        Plaintiff will be granted a final extension of time to July 19, 2010, to file the motion for summary judgment and/or remand that was initially due 45 days after November 18, 2009. The court will not entertain any application, request, motion, or stipulation for a further extension of time for this purpose.

/////

1

1    IT IS HEREBY ORDERED that plaintiff's time to file a motion for summary
2    judgment and/or remand in this case is extended to 5:00 p.m. on July 19, 2010.  This is plaintiff's
3    final extension of time for this purpose.  Plaintiff's failure to file the required motion by 5:00
4    p.m. on July 19, 2010 will result in dismissal of the action for lack of prosecution.
5    DATED: May 17, 2010.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1/orders.socsec/khaleck1726.final.ext