BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX,
Social Security Administration
TIMOTHY R. BOLIN
Special Assistant United States Attorney
    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8982
    Facsimile:  (415) 744-0134
    @ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| SOM KHALECK, ) | Case No. 2:09-cv-01726-DAD |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | **SETTLING ATTORNEY'S FEES** |
| ) | **PURSUANT TO THE EQUAL ACCESS** |
| MICHAEL J. ASTRUE, ) | **TO JUSTICE ACT, 28 U.S.C. § 2412(d)** |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel, subject to the Court's approval, that Plaintiff be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of TWO THOUSAND, THREE HUNDRED SEVENTY-TWO DOLLARS AND 22 CENTS ($2,372.22).[1]  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

/////

/////

---

[1] Under the EAJA, a "prevailing party" must file an application for attorney fees "within thirty days of final judgment." 28 U.S.C. § 2412(d)(1)(A), (B); see also Akopyan v. Barnhart, 296 F.3d 852, 854 (9th Cir. 2002).  The Commissioner has waived the defense of timeliness in this case.  Waiver applies to in this case only and should not be construed as an intent to agree to waiver in any other case.

After the Court issues an order for EAJA fees and expenses to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney.  Pursuant to Astrue v. Ratliff, 130 S. Ct. 2521 (U.S. June 14, 2010), the ability to honor the assignment will depend on whether the fees and expenses are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees and expenses is entered, the government will determine whether they are subject to any offset.

Fees and expenses shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Bess M. Brewer, pursuant to the assignment executed by Plaintiff.  Any payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and expenses, and does not constitute an admission of liability on the part of Defendant under the EAJA.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.


Dated: March 18, 2011                    /s/Bess M. Brewer
                                         (As authorized via email)

                                         BESS M. BREWER
                                         Attorney for Plaintiff

Dated: March 18, 2011                    BENJAMIN B. WAGNER
                                         United States Attorney
                                         LUCILLE GONZALES MEIS
                                         Regional Chief Counsel, Region IX
                                         Social Security Administration


                                         /s/

                                         Special Assistant U.S. Attorney
                                         Attorneys for Defendant

- 2 -

1

**ORDER**

2

       Pursuant to the parties' stipulation, and subject to the terms thereof, Plaintiff shall

3

be awarded attorney fees under the EAJA in the amount of $2,372.22.

4

       **IT IS SO ORDERED.**

5

DATED: March 21, 2011.

6

7

8

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

9

Ddad1\orders.soc sec\khaleck1726.stipord.attyfee.eaja

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

– 3 –